IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD SWITTER and PETER CONRAD, Derivatively on Behalf of WALGREENS BOOTS ALLIANCE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY C. WENTWORTH, STEFANO PESSINA, TRACEY D. BROWN, RICK GATES, MANMOHAN MAHAJAN, GINGER L. GRAHAM, JANICE M. BABIAK, INDERPAL S. BHANDARI, BRYAN C. HANSON, VALERIE B. JARRETT, JOHN A. LEDERER, THOMAS E. POLEN, NANCY M. SCHLICHTING, ROBERT L. HUFFINES, ROSALIND G. BREWER, JAMES KEHOE, JOHN P. DRISCOLL, JOHN STANDLEY, WILLIAM C. FOOTE, DAVID J. BRAILER, and DOMINIC P. MURPHY,<br><br>Defendants,<br><br>-and-<br><br>WALGREENS BOOTS ALLIANCE, INC., a Delaware Corporation,<br><br>Nominal Defendant. | Case No. 1:24-cv-01314-RGA |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs Edward Switter and Peter Conrad ("Plaintiffs"), hereby voluntarily dismiss, without prejudice, all claims and causes of action against defendants in this action. No defendant has filed or served an answer or a motion for summary judgment. Notice of the voluntary dismissal to stockholders (*see* Federal Rules of Civil Procedure Rule 23.1(c)) is not required here because: (i) there has been no settlement or compromise of the action; (ii) there has

- 2 -

been no collusion among the parties; (iii) neither Plaintiff nor his counsel have received or will receive directly or indirectly any consideration for the dismissal; and (iv) the dismissal is without prejudice. Plaintiffs and Walgreens Boots Alliance, Inc. stockholders are not precluded from bringing the same or a similar action in the future and/or pursuing claims already filed. The parties agree that each party shall bear their own fees and costs.

Dated: October 6, 2025                                         Respectfully submitted,

**COOCH AND TAYLOR, P.A.**

*/s/ Blake A. Bennett*
Blake A. Bennett (#5133)
1000 N. West St., Suite 1500
Wilmington, DE 19801
Telephone: (302) 984-3800
Facsimile: (302) 984-3939
E-mail: bbennett@coochtaylor.com

**ROBBINS LLP**
Brian J. Robbins
Stephen J. Oddo
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
          soddo@robbinsllp.com

*Attorneys for Plaintiffs*